# Court of Appeals, State of Michigan

## ORDER

People of MI v Christopher Andrew Tank

Docket No. 335366

LC No. 15-006912-FC

William B. Murphy
Presiding Judge

Kathleen Jansen

Brock A. Swartzle
Judges

The Court orders that the April 19, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error on Page 4: Accordingly, it is not more probable than not that a different outcome would have occurred if

The sentence should read: Accordingly, it is not more probable than not that a different outcome would have occurred.

In all other respects, the April 19, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 2 3 2018
_____
Date

_____
Chief Clerk